1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          CASE NO. 02:13-MJ-00191 EFB

12 |               Plaintiff,           [~~PROPOSED~~] ORDER

13 |      v.

14 | MARJORIE CLAUDENA BEAZER,

15 |               Defendant.

16

17

18    The United States' motion to dismiss without prejudice the underlying UFAP complaint and

19 recall the arrest warrant in the above referenced case, 13-MJ-00191 EFB against defendant MARJORIE

20 CLAUDENA BEAZER is GRANTED.

21 DATED:  January 23, 2014.

22                                   _____
                                     EDMUND F. BRENNAN
23                                   UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28